UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Summer Michelle Rollins,             Civil File No. 14-cv-00299 SRN/HB

    Plaintiff,

v.

Albert Lea; et al.,

    Defendants.

---

### MOTION FOR SUMMARY JUDGMENT
_____

    YOU WILL PLEASE TAKE NOTICE that the undersigned attorneys for Defendants Cities of Anoka, Champlin, Coon Rapids, and Howard Lake, and Tony Jackson, Roxanne Affeldt, Michael Sternquist, MariBeth Parks, and Ken Rollins will move the above-named Court for an Order directing that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, said Defendants are entitled to summary judgment in their favor dismissing the action on the general ground that there is no genuine issue as to any material fact and that Defendants are entitled to a judgment as a matter of law.

                                        IVERSON REUVERS CONDON

Dated:  April 29, 2016                By  s/Stephanie A. Angolkar
                                                    Jon K. Iverson (#146389)
                                                    Susan M. Tindal (#330875)
                                                    Stephanie A. Angolkar (#338336)
                                        *Attorneys for Defendants Cities of Anoka, Champlin, Coon Rapids, and Howard Lake, and Tony Jackson, Roxanne Affeldt, Michael Sternquist, MariBeth Parks, and Ken Rollins*
                                        9321 Ensign Avenue South
                                        Bloomington, MN  55438
                                        Telephone: (952) 548-7200
                                        Fax: (952) 548-7210
                                        stephanie@irc-law.com