# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Summer Michelle Rollins, | COURT MINUTES – CIVIL |
| | BEFORE: HILDY BOWBEER |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 14-cv-0299 (SRN/HB) |
| | Date: March 6, 2017 |
| | Courthouse: Saint Paul |
| City of Anoka, City of Howard Lake, | Courtroom: Courtroom 6B |
| Officer Tony Jackson, Officer Ken Rollins, | Recording: AUDIO (6:05-6:25 PM & 7:28-7:38 PM) |
| and Judy L. Hedin, | Time Commenced: 9:06 AM |
| | Time Concluded: 7:40 PM |
| Defendants. | Time in Court: 10 Hours & 34 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff: Sonia Miller-Van Oort

Defendant: Stephanie Angolkar for defendants City of Anoka, City of Howard Lake, Officer Tony Jackson, Officer Ken Rollins
Karin Ciano for defendant Judy L. Hedin

**PROCEEDINGS:**

☒ Settlement reached. Terms stated on the record.

☐ No settlement reached.

**Other Remarks:**

Plaintiff Summer Michelle Rollins was present. Defendants Tony Jackson, Ken Rollins, and Judy Hedin were present. Eric Peterson, Police Chief, appeared for defendant City of Anoka. Dave Thompson, Police Chief, appeared for defendant City of Howard Lake. Gary Weimer, Claims Supervisor for the League of Minnesota Cities Insurance Trust, was also present

s/ *Judith M. Kirby*
Courtroom Deputy