UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Summer Michelle Rollins,                Civil File No.  14-cv-00299 SRN/HB

                Plaintiff,

v.

Anoka County, et al.

                Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all claims by Plaintiff Summer Michelle Rollins against Defendants City of Anoka, City of Howard Lake, and their respective employees, Tony Jackson and Ken Rollins, in the above-referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.  No other Defendant in this action is a party to this Stipulation of Dismissal and no other Defendants, claims or accesses are released in any way.[1]

---

[1] The parties note based on the Court's December 8, 2014 Order, the following parties should be noted as terminated from the docket: City of Albert Lea, City of Blaine, City of Brooklyn Park, City of Elk River, City of Minnetonka, City of Mora, City of Ramsey, City of Rogers. *Doc. 99.* The parties also note based on the December 29, 2015 Stipulation of Dismissal, Christy Bonczek should be terminated from the docket. *Doc. 182.*

Dated:  March 27, 2017

SAPIENTIA LAW GROUP, PLLC

s/ Jonathan A. Strauss
Jonathan A Strauss (#279602)
Lorenz F. Fett, Jr. (#196769)
Sonia Miller-Van Oort (#278087)
120 S 6th St, Suite 100
Minneapolis, MN 55402
Phone:  612-756-7100
Fax: 612-756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

***ATTORNEYS FOR PLAINTIFF***
***SUMMER MICHELLE ROLLINS***

IVERSON REUVERS CONDON

Dated:  March 27, 2017

By  s/ Stephanie A. Angolkar
      Jon K. Iverson (#146389)
      Susan M. Tindal (#330875)
      Stephanie A. Angolkar (#388336)
      9321 Ensign Avenue South
      Bloomington, MN  55438
      Telephone: (952) 548-7200
      Fax: (952) 548-7210

*Attorneys for Defendants Cities of*
*Anoka, Howard Lake, Tony Jackson,*
*and Ken Rollins*

2