UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Summer Michelle Rollins, | Civil No. 14-cv-0299 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| Judy L. Hedin, | |
| Defendant. | |

---

The Court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 27, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
